The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-166 JCC |
| Plaintiff, | |
| v. | **[PROPOSED]** **ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO AUTHORIZE PRODUCTION OF DRUG EXHIBIT FOR TESTING BY DEFENSE** |
| MATTHEW R. SCHLEY, | |
| Defendant. | |

The Motion by the United States of America to Extend Time to Respond to Defendant's Motion to Authorize Production of Drug Exhibit for Testing by Defense, for the reasons stated in the Government's motion is

//
//
//

ORDER TO SEAL - 1
*United States v. Schley*, CR22-166 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

HEREBY GRANTED. The current due date for the Government's responsive brief of June 20, 2024, is stricken.  The new due date is June 27, 2024. The new reply date is July 2, 2024.

DATED this 20th day of June, 2024.

_____
JOHN C. COUGHENHOUR
United States District Judge

Presented by:

*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

ORDER TO SEAL - 2
*United States v. Schley*, CR22-166 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970